FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 25 2015

JAMES N. HATTEN, Clerk
By: Deputy Clerk

request Motion send to defendant brought to the address below

Plantiff
Andrew Walker
P.O. Box 2812
Phoenix, AZ. 85002

Personally & Mental Damage 100,000 or Less not Counter the

VS Defendant:

Dublix Supermkts
1544 Piedmont Rd
Atlanta GA.
C/o: Store Mgr Michele Shultz

CAP

1:15-CV-0869

United States Northern District Atlanta GA.

Chief Complaint: Age Retaliation, Harassment, Wrongful termination & False allocation etc.

Walton VS (Publix Supermkts)
1544 piedmont Rd
Atlanta GA.
30324

Walton Would like For the Court to Know. before termination On May 12, 2012, A Charge WAS against (Ansley Mall) teena Edwards (SM) Michele Shultz, Store mgr, & (J. C Kiousai) Assisant Mgr Of publix, Harresment, False accusation, Name calling, Alexis Herdrif, Suspension & Later termination

(EEOC INVSTIGATORS) Of Atlanta GA.
(Sandra Gill) Supervisor
Rosulyn acknowledge unfairness
Mildred,
The Late (Catherine Stiney)
Miss Greene, Quote Call Shultz Investigator before she fired you (body odor)
(Miss edwards) Investigating by Miss CSM Freeman EEOC IN Atlanta GA.

A Motion to the Defendant
At Ansley Mall of publix
1544 piedmont Rd
Atlanta, GA. must be brought
to the (them)
Ex. (Mayor), Franklin
Walton's work practices,
a very good Hard worker, It's
A shame the Court of
Atlanta GA. is going to let
Shultz, Edwards & Kiwasi to
get away with their wrong
doing!!! (& the Supporting cast
(Amy Carlick)
(Tammy taylor)
& Alica Ferguson withheld
their wrongs (Doing)

EEOC Form 161 (11/09) U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION 10-19-58

# DISMISSAL AND NOTICE OF RIGHTS

To: Andrew Walton
P.O. Box 2812
Phoenix, AZ 85002

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2012-04190 | Jose F. Quinones, Investigator | (404) 562-6830 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state) (602-785-7833) (770-473-9502)

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

AUG 22 2012
(Date Mailed)

Enclosures(s)

cc: Susan Brose
Human Resources Legal Specialist
PUBLIX SUPER MARKETS
P.O. Box 407
Lakeland, FL 33802

[Handwritten annotations: "Complaint file in U.S. District Court"; "Dismissed 90 days"; "Integrity and Honest"; "Please not Enough Knowledgable"; "omit Corporate not Knowledgable"; "404-898-1850"; "Michele Shultz Store mgr & Supervisor"; "Previous work place Publix Mkts, 1544 ... Atlanta GA 30324"; "Ansley Mall"]

THECHESTNUTFIRM

March 28, 2014

Andrew Walton
P.O. Box 2812
Phoenix, AZ 85002

Re: ***Claim against Publix Corp.***

Dear Mr. Walton:

After a careful review of your case, we have chosen not to pursue your personal injury claim.

This does not mean that you do not have a viable claim. We would recommend that you consult another attorney for a second opinion.

**Your case is subject to one or more statute of limitations**, which means that if you do not file a lawsuit before the end of that period, you will lose your legal rights. Accordingly, if you wish to pursue this matter, you should seek legal help IMMEDIATELY. You can receive a lawyer referral from the Georgia Bar Association; they can be reached at 800-334-6865.

We do not take lightly the trust you placed in us, and ask you please understand that as much as we would like to, we cannot handle all the matters for which we are consulted. I wish you the very best, and although we couldn't help you on this case, please feel free to call me if you ever need our advice or assistance.

Sincerely,

Christopher Chestnut

Christopher Chestnut
Attorney

/ng

I'm willing to sign a contract, I? Interested before any money distributed
1-602-785-7833
1-602-921-8378)

(Boss)

(Corp)

(NINA Coaines)
Marietta GA.
associate specialist

Walton vs Publix Supermarkets
Responsible parties 1544 Piedmont Rd Atlanta GA. 30324
Teena Edwards
Michele Shultz CSM
Store mgr
J.C. (Kid casi)
allison Jorgenson Marietta, GA.
Tammy taylor Orlando, FL associate investig
Nicki Parker
Contagious Busin

303 Peachtree Street, Suite 4150, Atlanta, Georgia 30308
Telephone: 470.428.2120 Facsimile: 855.377.2667

*[Handwritten annotations at top: "Former pin no: 399458) employee not"]*

# THE SAMS LAW FIRM

127 Peachtree St., NE Suite 1305
Atlanta, GA 30303
404-420-0291
404-420-0294 (fax)
wsams@samslaw.net

*[Handwritten margin notes: "Juliet", "Westgate", "Marietta", "Tammy Taylor (Alicia) Orlando Ferguson", "Amy Garland Lakeland", "Westgate", "WiA", "(Aine)", "Marietta", "C/O Ansley Mall 1544 Piedmont Rd Atlanta GA 30324"]*

May 21, 2014

**Via Regular Mail**
Mr. Andrew Walton
P.O. Box 2812
Phoenix, AZ 85002

*[Handwritten: "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", "10-19-1958, D.O.B"]*

Re: Possible wrongful termination

Dear Mr. Walton:

I am sorry to learn about the problems you suffered in relation to the termination by Publix. Thank you for considering The Sams Law Firm to assist you in resolving certain legal issues in connection with those problems.

Unfortunately, my law firm will not be able to represent you in connection with any suit relating to the problems you suffered.

Please be aware that Georgia law limits the amount of time within which a suit may be filed. If you intend to seek any legal assistance with respect to the problems related to the termination by Publix, you should seek another lawyer immediately so that you do not wait too late until filing suit. If you do not file your suit or any other legal claims within the statute of limitations, your right to file suit on those claims will be lost.

Again, I am sorry to learn of your problems with Publix, and regret that my firm will not be able to represent you in connection with those problems.

*[Handwritten: "(NO set time by judge) to reopen my case"]*

Please accept my best wishes.

Sincerely yours,

Warren N. Sams III

WNS/sp

*[Handwritten at bottom: "Responsible parties", "T.C. Hinson assistant store mgr", "Michelle Shultz Decatur store mgr"]*

EEOC Form 161 (11/09) U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Andrew Walton
P.O. Box 2812
Phoenix, AZ 85002

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2012-04190 | Jose F. Quinones, Investigator | (404) 562-6830 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.
- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge
- [X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
- [ ] Other (*briefly state*)

**- NOTICE OF SUIT RIGHTS -**

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

AUG 2 2 2012
(Date Mailed)

Enclosures(s)

cc: Susan Brose
Human Resources Legal Specialist
PUBLIX SUPER MARKETS
P.O. Box 407
Lakeland, FL 33802

Publix Super Markets, Inc.
P.O. Box 32040
Lakeland, FL 33802

(O copies)

If you have questions contact:

Phone: 863-687-7407
Ext: 52323

A. GA. Lawyer Must be Obtain

TEP104449_3824_7247 1 of 2

ANDREW WALTON
PO BOX 2812
PHOENIX, AZ 85002

May 8, 2012
after termination
Received 5,950.00
Income 2012
Complimentary 2013
after the Case $513.00
Dismissed

## Instructions for Recipient

Brokers and barter exchanges must report proceeds from transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 8.

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** For broker transactions, may show the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number of the item reported.

**Box 1a.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 9 through 12, no entry will be present.

**Box 1b.** This box may be blank if box 6a is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 2a.** Shows the aggregate cash proceeds from transactions involving stocks, bonds, other debt obligations, commodities, or forward contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts. The broker must indicate whether the sales price or the sales price less commissions (including transfer taxes) and option premiums was reported to the IRS. Report this amount on Form 8949 or on Schedule D (whichever is applicable) as explained in the Instructions for Schedule D.

**Box 2b.** If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 2a. Do not report this loss on Form 8949 or Schedule D. The broker should advise you of any losses on a separate statement.

**Box 3.** Shows the cost or other basis of securities sold. If box 6a is checked, box 3 may be blank. See the Form 8949 instructions, Schedule D instructions, or Pub. 550 for details.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see the Schedule D (Form 1040) instructions and Pub. 550.

**Box 6a.** If checked, the securities sold were noncovered securities and boxes 1b, 1c, 3, and 5 may be blank. Generally, a noncovered security means: a security other than stock; stock purchased before 2011; stock in most mutual funds and other regulated investment companies purchased before 2012; and stock purchased in or transferred to a dividend reinvestment plan before 2012.

**Box 6b.** If checked, the basis in box 3 has been reported to the IRS. If box 6b is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D.

**Box 7.** Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.

**Box 8.** Shows a brief description of the item or service for which the proceeds or bartering income is being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Regulated Futures Contracts (Boxes 9 Through 12):**

**Box 9.** Shows the profit or (loss) realized on regulated futures or foreign currency contracts closed during 2013.

**Box 10.** Shows any year-end adjustment to the profit or (loss) shown in box 9 due to open contracts on December 31, 2012.

**Box 11.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2013. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts-12/31/2013 in 2014.

**Box 12.** Boxes 9, 10, and 11 are all used to figure the aggregate profit or (loss) on regulated futures or foreign currency contracts for the year. Include this amount on your 2013 Form 6781.

**Boxes 13-15.** Shows state income tax withheld.

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Publix Super Markets, Inc.
P.O. Box 32040
Lakeland, FL 33802

$100,000 without Atty

**1a Date of sale or exchange:** 03/27/2013
**1b Date of acquisition:**
**1c Type of gain or loss:** Short-term ☐ Long-term ☐

OMB No. 1545-0715
**2013**
Form **1099-B**

**Proceeds From Broker and Barter Exchange Transactions**

**PAYER'S federal identification number:** 59-0324412
**RECIPIENT'S identification number:** 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

**1d Stock or other symbol:**
**1e Quantity sold:** 22.0745
**2a Stocks, bonds, etc.:** $ 512.13 — Reported to IRS: [X] Sales price / ☐ Sales price less commissions and option premiums
**2b** If box checked, loss based on amount in 2a is not allowed ☐

**RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code**
ANDREW WALTON
PO BOX 2812
PHOENIX, AZ 85002

Obtain 100,000 with Atty

**3 Cost or other basis:** $
**4 Federal income tax withheld:** $
**5 Wash sale loss disallowed:** $
**6 Checked if:** a [X] Noncovered security; b ☐ Basis reported to IRS
**7 Bartering:** $
**8 Description:** SALE OF PUBLIX COMMON STOCK

**Copy B For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**13 State:** AZ
**14 State identification no.:**

**Account number (see instructions):** 009856621
**2nd TIN not.** ☐
**9 Profit or (loss) realized in 2013 on closed contracts:** $
**10 Unrealized profit or (loss) on open contracts - 12/31/2012:** $
**CUSIP number:** 000000000000
**11 Unrealized profit or (loss) on open contracts - 12/31/2013:** $
**12 Aggregate profit or (loss) on contracts:** $
**15 State tax withheld:** $

Copy of 2470

Form 1099-B (keep for your records) Department of the Treasury - Internal Revenue Service

3H0026 5,000

was acknowledged nothing greater but lesser
$500.00 was Received after the Court Dismissed (2013)

TEP104449_3824_7247 1 of 2

Andrew Walton
January 13, 2014
Page 2 of 2

Accumulated 401(k) SMART Plan company matching contributions plus any investment earnings/losses are eligible for distribution at the time of the participant's separation from employment with Publix if they meet any one of the following vesting requirements:

- complete three years of credited service;
- reach age 60; or
- approved total disability (medical doctor's statement must be received within 180 days of separating from employment).

The ESOP and 401(k) SMART Plan also provide that distribution will be made to participants' beneficiaries upon their death. Benefits awarded to alternate payees under Qualified Domestic Relations Orders on file with Publix will be distributed in accordance with Internal Revenue Code Section 414(p). In addition, the Plans also provide for certain in-service distributions, which are explained in the Plan Documents.

Mr. Walton, our records indicate that you separated from employment with Publix as of May 11, 2012. Upon your separation from employment, you elected to receive distribution of your total accumulated ESOP credits as lump sum distributions. Pursuant to your request, the following schedule reflects the distributions made to you from the Plan as indicated.

| Plan | Distribution Date | Shares Issued | Cost Basis per share | Description |
|---|---|---|---|---|
| ESOP | 06/22/2012 | 260.1432 | $18.09 | Accumulated Balance 12/31/2011 |
| ESOP | 03/28/2013 | 22.0745 | $23.20 | Supplemental Balance 12/31/2012 |

Mr. Walton, you elected to exercise your "put" option and sell 260.1432 shares immediately following distribution from the ESOP. Publix redeemed the shares on June 22, 2012 at $22.70 per share based on a valuation performed for Publix's fiscal 1st quarter 2012, effective May 1, 2012. In addition, you elected to exercise your "put" option and sell 22.0745 supplemental shares immediately following distribution from the ESOP. Publix redeemed the supplemental shares on March 28, 2013 at $23.20 per share based on a valuation performed for Publix's fiscal 4th quarter 2012, effective March 1, 2013.

Our records indicate you did not elect to participate in the 401(k) SMART Plan.

If you have any questions, please do not hesitate to contact the Retirement Department from Monday – Friday 8:30 a.m. to 4:30 p.m. at (863) 688-1188, ext. 52327.

Sincerely,

Maritza Cruz
PROFIT Plan Supervisor

MC:jls

404-828-1800 Publix Super
Termination excessive withdrawal to Co.
Michelle Schultz
Observed please!!!
Balance
June 03 benefit
Sold all shares
Walton sold all shares
E-Mail A Walton 1000 Yahoo Com
Shares given to me after court filing in ATL case 2013 after dismissed
Former work location Publix Supermarket 1544 Piedmont Rd Atlanta GA